# EXHIBIT 1

## Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TK HOLDINGS INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiffs,<br><br>– v –<br><br>TK Holdings Inc.,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS)<br><br><br>RE: Doc. Nos. 1, 12 and 13 |

### STIPULATION BY AND BETWEEN AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC. AND TK HOLDINGS, INC.

This stipulation (the "*Stipulation*") is made and entered into by and between Plaintiff Automotive Coalition for Traffic Safety, Inc. ("*ACTS*") and Defendant TK Holdings Inc. ("*TKH*", and together with ACTS, the "*Parties*"), by and through their respective undersigned counsel.

### RECITALS

WHEREAS, on February 1, 2018, ACTS initiated the above-captioned adversary proceeding (the "*Adversary Proceeding*") by filing the Complaint [Adv. D.I. 1 (the "*Complaint*"); and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PHIL1 6892833v.1

WHEREAS, on February 28, 2018, the Parties filed a *Stipulation For Extension Of Time To Respond To Complaint,* [D.I. No. 12] extending TKH's deadline to answer or otherwise respond to the Complaint until April 2, 2018; and

WHEREAS, by agreement between the Parties, the pretrial conference in the Adversary Proceeding was continued to April 10, 2018 [D.I. No. 13]; and

WHEREAS, the Parties wish to extend the Complaint response deadline and reschedule the pretrial conference;

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The pretrial conference in the Adversary Proceeding is continued to the April 25, 2018 omnibus hearing.

2. The Debtors' deadline to answer, or otherwise respond to, the Complaint in the Adversary Proceeding is extended to April 23, 2018.

3. Except as expressly set forth herein, each of the Parties reserves all of its rights and remedies under the Bankruptcy Code, the Bankruptcy Rules, and all other applicable law.

4. Each person who executes this Stipulation by or on behalf of each respective Party warrants and represents that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

5. This Stipulation shall constitute the entire agreement between the Parties hereto regarding the matters addressed herein. No extrinsic or parol evidence may be used to vary any of the terms herein. All representations, warranties, inducements, and/or statements of intention made by the Parties are embodied in this Stipulation, and no party hereto relied upon, shall be

bound by, or shall be liable for any alleged representation, warranty, inducement, or statement of intention that is not expressly set forth in this Stipulation.

6. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, and all of which when taken together shall constitute one and the same document, with facsimile and .pdf signature pages deemed to be originals.

-3-

Dated: March 23, 2018

| | |
|---|---|
| /s/ Russell C. Silberglied | /s/ Linda Richenderfer |
| RICHARDS, LAYTON & FINGER, P.A. | KLEHR HARRISON HARVEY |
| Mark D. Collins (No. 2981) | BRANZBURG LLP |
| Russell C. Silberglied (No. 3462) | Linda Richenderfer (No. 4138) |
| Michael J. Merchant (No. 3854) | 919 N. Market Street, Suite 1000 |
| Amanda R. Steele (No. 5530) | Wilmington, DE 19801 |
| Brett M. Haywood (No. 6166) | Telephone: (302) 426-1189 |
| One Rodney Square | |
| 920 N. King Street | -and- |
| Wilmington, Delaware 19801 | |
| Telephone: (302) 651-7700 | KLEHR HARRISON HARVEY |
| Facsimile: (302) 651-7701 | BRANZBURG, LLP |
| | Morton R. Branzburg |
| -and- | 1835 Market Street - Suite 1400 |
| | Philadelphia, PA 19103 |
| WEIL, GOTSHAL & MANGES LLP | Telephone: (215) 569-2700 |
| Marcia L. Goldstein | Email: mbranzburg@klehr.com |
| Ronit J. Berkovich | |
| Theodore E. Tsekerides | -and- |
| Matthew P. Goren | |
| 767 Fifth Avenue | MAYER BROWN, LLP |
| New York, New York 10153 | Richard G. Ziegler |
| Telephone: (212) 310-8000 | 71 S. Wacker Drive |
| Facsimile: (212) 310-8007 | Chicago, IL 60606 |
| | Telephone: (312) 782-0600 |
| *Counsel for Defendant TK Holdings Inc.* | |
| | -and- |
| | |
| | MAYER BROWN, LLP |
| | Linda Rhodes |
| | Ann Marie Duffy |
| | 1999 K Street, NW |
| | Washington, DC 20006 |
| | Telephone: (202) 263-3000 |
| | |
| | *Counsel for Plaintiff Automotive Coalition for Traffic Safety, Inc.* |