# Exhibit 1 to Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TK HOLDINGS INC., *et al.*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiffs,<br><br>– v –<br><br>TK Holdings Inc.,<br><br>Defendant. | Adv. Pro. No. 18-50274 (BLS)<br><br><br>RE: Doc. Nos. 1, 12, 13, 20 and 21 |

## STIPULATION BY AND BETWEEN AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC. AND THE REORGANIZED TK HOLDINGS TRUST

This stipulation (the "*Stipulation*") is made and entered into by and between Plaintiff Automotive Coalition for Traffic Safety, Inc. ("*ACTS*") and the Reorganized TK Holdings Trust (the "*Trust*") as successor in interest to Defendant TK Holdings Inc. ("*TKH*" or the Trust (as applicable), together with ACTS, the "*Parties*") by and through their respective undersigned counsel.

## RECITALS

WHEREAS, on June 25, 2017 (the "*Petition Date*"), each of the Debtors commenced with the United States Bankruptcy Court for the District of Delaware (the "*Court*") a voluntary

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "*Bankruptcy Code*"); and

WHEREAS, on February 1, 2018, ACTS initiated the above-captioned adversary proceeding (the "*Adversary Proceeding*") by filing the Complaint [Adv. D.I. No. 1 (the "*Complaint*"); and

WHEREAS, on February 21, 2018, the Court entered an order [D.I. No. 2120] confirming (the "*Confirmation Order*") the *Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings and its Affiliated Debtors* [D.I. No. 2116] (the "*Plan*")[1]; and

WHEREAS, on February 28, 2018, the Parties filed a *Stipulation For Extension Of Time To Respond To Complaint*, [Adv. D.I. No. 12] extending TKH's deadline to answer or otherwise respond to the Complaint until April 2, 2018; and

WHEREAS, by agreement between the Parties, the pretrial conference in the Adversary Proceeding (the "*Pretrial Conference*") was continued to April 10, 2018 [Adv. D.I. No. 13]; and

WHEREAS, on March 23, 2018, the Parties filed a *Stipulation by and between Automotive Coalition for Traffic Safety, Inc. and TK Holdings, Inc.* (i) extending TKH's deadline to answer or otherwise respond to the Complaint until April 23, 2018, and (ii) continuing the Pretrial Conference to April 25, 2018 (the "*Stipulation*") [Adv. D.I. No. 20]; and

WHEREAS, on March 26, 2018, the Court entered an order approving the Stipulation [Adv. D.I. No. 21]; and

WHEREAS, on April 10, 2018, the Plan became effective (the "*Effective Date*") [D.I. No. 2646]; and

WHEREAS, the Plan provides among other things, that on the Effective Date, (i) all of the equity of TKH and the Reorganized Debtors was issued to TK Global LLC as the parent

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Plan.

company of Reorganized Takata, and (ii) the Trust was established in accordance with the Plan as the sole member and equity holder of TK Global LLC; and

WHEREAS, the Plan also provides for the appointment of a Person to act as trustee of the Trust on and after the Effective Date (the "*Legacy Trustee*") pursuant to the terms of the trust agreement that, among other things, establishes and governs the Trust (the "*Reorganized TK Holdings Trust Agreement*") [D.I. No. 2624]; and

WHEREAS, the Reorganized TK Holdings Trust Agreement provides that the Legacy Trustee shall be substituted for the Reorganized Debtors in connection with any cause of action against any of the Reorganized Debtors; and

WHEREAS, pursuant to the terms of the Reorganized TK Holdings Trust Agreement, Joseph J. Farnan, Jr. was selected as Legacy Trustee; and

WHEREAS, in light of the recent Effective Date and the Parties' ongoing settlement negotiations, the Parties wish to extend the Complaint response deadline and reschedule the Pretrial Conference.

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties agree that Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, shall be substituted in as the defendant in this proceeding in place of TK Holdings Inc.

2. The Trust's deadline to answer, or otherwise respond to, the Complaint is extended to May 11, 2018.

3. The Pretrial Conference is continued to the omnibus hearing on May 15, 2018, or a date thereafter at the convenience of the Court.

DOCS_DE:219228.1 82828/003

4. Except as expressly set forth herein, each of the Parties reserves all of its rights and remedies under the Bankruptcy Code, the Bankruptcy Rules, and all other applicable law.

5. Each person who executes this Stipulation by or on behalf of each respective Party warrants and represents that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

6. This Stipulation shall constitute the entire agreement between the Parties hereto regarding the matters addressed herein. No extrinsic or parol evidence may be used to vary any of the terms herein. All representations, warranties, inducements, and/or statements of intention made by the Parties are embodied in this Stipulation, and no party hereto relied upon, shall be bound by, or shall be liable for any alleged representation, warranty, inducement, or statement of intention that is not expressly set forth in this Stipulation.

7. This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, and all of which when taken together shall constitute one and the same document, with facsimile and .pdf signature pages deemed to be originals.

Dated: April 25, 2018

/s/ *Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com

*Counsel for Defendant Joseph J. Farnan, Jr.,*
*in his capacity as Trustee of the*
*Reorganized TK Holdings Trust*

/s/ *Linda Richenderfer*
KLEHR HARRISON HARVEY
BRANZBURG LLP
Linda Richenderfer (No. 4138)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

-and-

KLEHR HARRISON HARVEY
BRANZBURG, LLP
Morton R. Branzburg
1835 Market Street - Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-and-

MAYER BROWN, LLP
Richard G. Ziegler
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

-and-

MAYER BROWN, LLP
Linda Rhodes
Ann Marie Duffy
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000

*Counsel for Plaintiff Automotive Coalition*
*for Traffic Safety, Inc.*