# **Exhibit 1 to Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| TK HOLDINGS INC., *et al.* | Case No. 17–11375 (BLS) |
| Debtors. [1] | Jointly Administered |
| | |
| Automotive Coalition for Traffic Safety, Inc., | Adv. Pro. No. 18-50274 (BLS) |
| Plaintiff, | |
| – v – | |
| Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, Defendant, and Joyson Safety Systems Acquisition LLC, | **RE: Doc. Nos. 1, 12, 13, 20, 21, 28 and 28** |
| Defendants. | |

## STIPULATION BY AND BETWEEN AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC., JOSEPH J. FARNAN, JR., NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, AND JOYSON SAFETY SYSTEMS ACQUISITION LLC

This stipulation (the "***Stipulation***") is made and entered into by and between Plaintiff Automotive Coalition for Traffic Safety, Inc. ("***ACTS***"), Defendant  Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust (the "***Trust***") as successor in interest to Defendant TK Holdings Inc. ("***TKH***" or the Trust (as applicable)), and Joyson Safety Systems Acquisition LLC ("***Joyson***" and, together with ACTS and the Trust, the "***Parties***"), by and through their respective undersigned counsel.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A).  Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases.  The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

## RECITALS

WHEREAS, on February 1, 2018, ACTS initiated the above-captioned adversary proceeding (the "*Adversary Proceeding*") by filing the Complaint [Adv. D.I. No. 1 (the "*Complaint*"); and

WHEREAS, on February 21, 2018, the Court entered an order [D.I. No. 2120] confirming (the "*Confirmation Order*") the *Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings and its Affiliated Debtors* [D.I. No. 2116] (the "*Plan*")[1]; and

WHEREAS, on April 10, 2018, the Plan became effective (the "*Effective Date*") [D.I. No. 2646]; and

WHEREAS, Joyson claims an interest in the intellectual property at issue in this adversary proceeding, and has accordingly agreed with ACTS and the Trust, subject to the Court's approval, to intervene as a defendant in this adversary proceeding; and

WHEREAS, in light of the recent Effective Date and the Parties' ongoing settlement negotiations, the Parties wish to further extend the Complaint response deadline and reschedule the Pretrial Conference.

NOW THEREFORE, THE PARTIES, BY AND THROUGH THEIR RESPECTIVE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1.    Joyson hereby intervenes as a defendant in this adversary proceeding pursuant to Rule 24 of the Federal Rules of Civil Procedure, as made applicable by Federal Rule of Bankruptcy Procedure 7024, and 11 U.S.C. § 1109(b).

2.    The deadline to answer, or otherwise respond to, the Complaint is extended to June 8, 2018.

3.    The Pretrial Conference is continued to June 26, 2018.

---

[1] Capitalized terms used but not otherwise herein defined shall have the meanings ascribed to such terms in the Plan.

828812.03-WILSR01A                                                                    MSW - Draft May 9, 2018 - 11:07 AM

4.      Except as expressly set forth herein, each of the Parties reserves all of its rights and remedies under the Bankruptcy Code, the Bankruptcy Rules, and all other applicable law.

5.      Each person who executes this Stipulation by or on behalf of each respective Party warrants and represents that he or she has been duly authorized and empowered to execute and deliver this Stipulation on behalf of such Party.

6.      This Stipulation shall constitute the entire agreement between the Parties hereto regarding the matters addressed herein.  No extrinsic or parol evidence may be used to vary any of the terms herein. All representations, warranties, inducements, and/or statements of intention made by the Parties are embodied in this Stipulation, and no party hereto relied upon, shall be bound by, or shall be liable for any alleged representation, warranty, inducement, or statement of intention that is not expressly set forth in this Stipulation.

7.      This Stipulation may be executed in any number of counterparts, each of which shall be deemed an original, and all of which when taken together shall constitute one and the same document, with facsimile and .pdf signature pages deemed to be originals.

Dated: Wilmington, Delaware
May 11, 2018

/s/ Peter J. Keane
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com


*Counsel for Defendant Joseph Farnan, Jr.*
*in his capacity as Trustee of the*
*Reorganized TK Holdings Trust*

/s/ Linda Richenderfer
KLEHR HARRISON HARVEY
BRANZBURG LLP
Linda Richenderfer (No. 4138)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

-and-

KLEHR HARRISON HARVEY
BRANZBURG, LLP
Morton R. Branzburg
1835 Market Street - Suite 1400
Philadelphia, PA 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

-and-

MAYER BROWN, LLP
Richard G. Ziegler
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600

-and-

MAYER BROWN, LLP
Linda Rhodes
Ann Marie Duffy
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000

*Counsel for Plaintiff Automotive Coalition*
*for Traffic Safety, Inc.*

828812.03-WILSR01A                                       MSW - Draft May 9, 2018 - 11:07 AM

/s/ Robert A. Weber

SKADDEN, ARPS, SLATE,  .
    MEAGHER & FLOM LLP
Robert A. Weber (No. 4013)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone: (302) 651-3000
Facsimile: (302) 651-3001

- and -
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Ron E. Meisler
Amy L. Van Gelder
155 N. Wacker Drive
Chicago, IL 60606-1720
Telephone: (312) 407-0700
Facsimile: (312) 407-0411

- and –

BROOKS KUSHMAN
Frank A. Angileri
Robert C.J. Tuttle
1000 Town Center
22nd Floor
Southfield, MI 48075
P: (248) 358-4400
F: (248) 358-3351

*Counsel for Defendant Joyson Safety Systems
Acquisition LLC*