# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS, INC., *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee for the Reorganized TK Holdings Trust, as the substituted party for TK HOLDINGS, INC., **and Joyson Safety Systems Acquisition LLC**,<br><br>    Defendants. | Adv. Pro. No. 18-50274 (BLS) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR JUNE 26, 2018 AT 10:00 A.M. (PREVAILING EASTERN TIME)[3]

**Hearing will take place before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico, S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

[2] **Amended items noted in bold.**

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

**ADJOURNED MATTERS:**

1. Motion by Canadian Antitrust Class Action Claimants Against TK Holdings, Inc. Pursuant to Fed. Bankr. P. 9014 and 7023 to Make Federal Rule of Civil Procedure Applicable to These Proceedings, to Permit the Filing of a Class Proof of Claim and Appointing Class Counsel [Filed 6/4/18] (Docket No. 2933)

   Response Deadline: June 19, 2018 at 4:00 p.m. (ET). Extended to July 17, 2018 at 4:00 p.m. (ET) for the Trustee.

   Responses Received: None at this time.

   Related Documents: None at this time.

   Status: The parties have agreed to adjourn this matter to the July 24, 2018 omnibus hearing.

**PRETRIAL CONFERENCE:**

2. Complaint filed by Automotive Coalition for Traffic Safety, Inc. against TK Holdings, Inc. [Filed 2/1/18] (Adv. Proc. No. 18-50274, Redacted: Adv. Docket No. 1, Sealed: Adv. Docket No. 3)

   Response Deadline: April 23, 2018. Extended to June 8, 2018 for the Legacy Trustee

   Responses Received:

   - A. Intervenor Joyson Safety Systems Acquisition LLC's Answer to the Complaint [Filed 6/7/18] (Adv. Docket No. 38)

   - B. Answer and Affirmative Defenses Filed by Reorganized TK Holdings Trust [Filed 6/7/18] (Adv. Docket No. 40)

   Related Documents:

   - A. Plaintiff's Motion to File Documents Under Seal [Filed 2/1/18] (Adv. Docket No. 4)

   - B. Summons and Notice of Pretrial Conference [Filed 2/1/18] (Adv. Docket No. 5)

   - C. [Signed] Order Approving Stipulation [Filed 3/26/18] (Adv. Docket No. 21)

   - D. [Signed] Order Approving Stipulation [Filed 4/26/18] (Adv. Docket No. 28)

      E.      **Certification of Counsel Regarding Scheduling Order [Filed 6/22/18] (Adv. Docket No. 43)**

      F.      **Scheduling Order [Filed 6/25/18] (Adv. Docket No. 44)**

Status: **The Court has entered a scheduling order on this matter. No hearing is necessary.**

3. Limited Objection of Automotive Coalition for Traffic Safety, Inc. to Confirmation of the Third Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors [Filed 2/6/18] (Docket No. 1948)

    Responses Received: None.

    Related Documents:

        A.    [Signed] Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors [Filed 2/21/18] (Docket No. 2120)

        B.    [Signed] Order Approving Stipulation [Filed 4/26/18] (Docket No. 2768)

        C.    [Signed] Order Approving Stipulation [Filed 5/14/18] (Docket No. 2833)

    Status: **The Court has entered a scheduling order on this matter. No hearing is necessary.**

**MATTER GOING FORWARD:**

4. The Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) [Filed 5/25/18] (Docket No. 2898)

    Response Deadline: June 14, 2018 at 4:00 p.m. (ET)

    Responses Received:

        A.    Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Patrick H. Ford Jr. [Filed 6/8/18] (Docket No. 2946)

        B.    Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Elizabeth R Rhodus [Filed 6/8/18] (Docket No. 2947)

C.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Donna Wooley [Filed 6/8/18] (Docket No. 2948)

D.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Kalessia Cooperwood [Filed 6/8/18] (Docket No. 2949)

E.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Charles Iglinsky [Filed 6/11/18] (Docket No. 2954)

F.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Wretha Purdy [Filed 6/12/18] (Docket No. 2965)

G.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Sudan Salaam [Filed 6/12/18] (Docket No. 2968)

H.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Sudan Salaam [Filed 6/12/18] (Docket No. 2969)

I.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Patrick H. Ford Jr. [Filed 6/12/18] (Docket No. 2970)

J.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Amanda Haskett [Filed 6/12/18] (Docket No. 2971)

K.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Monae Pugh [Filed 6/14/18] (Docket No. 2981)

L.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Vernal Mcbride, Florine Wilson [Filed 6/15/18] (Docket No. 2982)

M.  Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect

        Classification Status) Filed by Nikkia Bryan [Filed 6/15/18] (Docket No. 2983)

    N.    Response to the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) Filed by Shirley King [Filed 6/19/18] (Docket No. 2998)

Reply:

    A.    Reply in Support of the Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) [Filed 6/21/18] (Docket No. 3008)

Related Documents:

    A.    Notice of Submission of Proof of Claim in Connection with The Reorganized TK Holdings Trust's First Omnibus Objection to Claims - Substantive (PPIC Claims Asserting Incorrect Classification Status) [Filed 6/12/18] (Docket No. 2963)

Status: This matter is going forward.

## **FINAL FEE APPLICATIONS:**

5.    Approval of Final Fee Applications of Estate-Compensated Professionals

Related Documents:

    A.    See <u>Exhibit A</u>, attached hereto

    **B.**    **Certification of Counsel Submitting Omnibus Order Awarding Final Allowance of Compensation For Services Rendered and for Reimbursement of Expenses of Professionals [Filed 6/25/18] (Docket No. 3017)**

Status: A binder containing the documents listed on <u>Exhibit A</u> was submitted to the Court on June 19, 2018 with supplemental documents being submitted with this Agenda. **The Trustee has submitted a proposed form of order approving the final fee applications under certification of counsel for the Court's consideration. No hearing is necessary unless the Court has questions.**

## **GENERAL CASE STATUS CONFERENCE:**

6.    Status Conference

Status: The Trustee will present a case status report to the Court.

Dated: June 25, 2018                      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        pkeane@pszjlaw.com

*Attorneys for the Trustee of the Reorganized TK Holdings Trust*