# EXHIBIT A
## Amended[1] Index To Final Fee Application Binders

**Weil, Gotshal & Manges LLP, as**
**Counsel to the Debtors:**

1.    Tenth Monthly, Third Interim, and Final Application of Weil, Gotshal & Manges for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period June 25, 2017 through April 10, 2018 [Filed 5/24/18] (Docket No. 2893)

Response Deadline:  June 14, 2018, at 4:00 p.m.

Related Documents:

   A.  Eighth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2552)

   B.  Certificate of No Objection Regarding Eighth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2018 through February 28, 2018 [Filed 4/24/18] (Docket No. 2751)

   C.  Ninth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2018 through March 31, 2018 [Filed 5/2/18] (Docket No. 2801)

   D.  Certificate of No Objection Regarding Ninth Monthly Fee Statement of Weil, Gotshal & Manges LLP for Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2018 through March 31, 2018 [Filed 5/23/18] (Docket No. 2885)

   E.  Supplement to Tenth Monthly, Third Interim, and Final Application of Weil, Gotshal & Manges for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period June 25, 2017 through April 10, 2018 [Filed 5/25/18] (Docket No. 2900)

---

[1] **Amendments to this index are indicated in bold and have been submitted to the Court in a supplemental binder along with this Agenda.**

**F. Fee Examiner's Final Report Regarding Third Interim and Final Fee Application Requests of Weil, Gothsal & Manges LLP [Filed 6/21/18] (Docket No. 3011)**

**Richards, Layton & Finger, P.A., as**
**Co-Counsel to the Debtors:**

2.    Tenth Monthly and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 25, 2017 through April 10, 2018 [Filed 5/25/18] (Docket No. 2899)

Response Deadline:  June 14, 2018, at 4:00 p.m.

Related Documents:

A.    Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2554)

B.    Certificate of No Objection Regarding Eighth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from February 1, 2018 through February 28, 2018 [Filed 4/24/18] (Docket No. 2752)

C.    Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2018 through March 31, 2018 [Filed 4/30/18] (Docket No. 2784)

D.    Certificate of No Objection Regarding Ninth Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from March 1, 2018 through March 31, 2018 [Filed 5/22/18] (Docket No. 2879)

**E. Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of Richards, Layton & Finger, P.A. [Filed 6/20/18] (Docket No. 2997)**

**PricewaterhouseCoopers LLC, as**
**Financial Advisors to the Debtors:**

3.　　(I) Tenth Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of April 1, 2018 through April 10, 2018; and (II) Final Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of June 25, 2017 through April 10, 2018 [Filed 5/18/18] (Docket No. 2858)

Response Deadline:  June 7, 2018, at 4:00 p.m.

Related Documents:

    A.　Eighth Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of February 1, 2018 through February 28, 2018 [Filed 4/5/18] (Docket No. 2568)

    B.　Certificate of No Objection Regarding Eighth Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of February 1, 2018 through February 28, 2018 [Filed 4/26/18] (Docket No. 2771)

    C.　Ninth Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of March 1, 2018 through March 31, 2018 [Filed 5/2/18] (Docket No. 2802)

    D.　Certificate of No Objection Regarding Ninth Monthly Fee Statement of PricewaterhouseCoopers LLP for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisors for the Period of March 1, 2018 through March 31, 2018 [Filed 5/23/18] (Docket No. 2886)

    **E.　Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of PricewaterhouseCoopers LLP [Filed 6/20/18] (Docket No. 2996)**

**Prime Clerk, LLC, as**
**Administrative Agent to the Debtors:**

4.　　Combined Monthly and Final Fee Application of Prime Clerk LLC, as Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for (I) the Monthly Period from April 1, 2018 through April 10, 2018, and (II) the Final Period from June 25, 2017 through April 10, 2018 [Filed 5/22/18] (Docket No. 2880)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

    A.  Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2018 through February 28, 2018 [Filed 4/5/18] (Docket No. 2573)

    B.  Certificate of No Objection Regarding Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from February 1, 2018 through February 28, 2018 [Filed 4/26/18] (Docket No. 2770)

    C.  Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2018 through March 31, 2018 [Filed 4/30/18] (Docket No. 2782)

    D.  Certificate of No Objection Regarding Monthly Fee Application of Prime Clerk LLC, Administrative Advisor to the Debtors, for Compensation for Services and Reimbursement of Expenses for the Period from March 1, 2018 through March 31, 2018 [Filed 5/22/18] (Docket No. 2878)

    **E.  Fee Examiner's Final Report Regarding Monthly and Final Fee Application Requests of Prime Clerk LLC [Filed 6/21/18] (Docket No. 3009)**

**Covington & Burling LLP, as
Special Litigation, Regulatory and Corporate Counsel to the Debtors:**

5.    Third Interim and Final Fee Application of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the Debtors [Filed 5/24/18] (Docket No. 2890)

Response Deadline:  June 13, 2018, at 4:00 p.m.

Related Documents:

    A.  Seventh Monthly Fee Statement of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the Debtors, for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2018 through February 28, 1018 [Filed 4/13/18] (Docket No. 2674)

    B.  Certificate of No Objection Regarding Seventh Monthly Fee Statement of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the Debtors, for Payment of Compensation and Reimbursement of Expenses for

the Period from February 1, 2018 through February 28, 1018 [Filed 5/4/18] (Docket No. 2812)

    C.    Eighth Monthly Fee Statement of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the Debtors, for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2018 through March 31, 1018 [Filed 5/11/18] (Docket No. 2832)

    D.    Certificate of No Objection Regarding Eighth Monthly Fee Statement of Covington & Burling LLP, Special Litigation, Regulatory and Corporate Counsel to the Debtors, for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2018 through March 31, 1018 (No Order Required) [Filed 6/1/18] (Docket No. 2927)

    E.    Fee Examiner's Final Report Regarding Third Interim and Final Fee Application Request of Covington & Burling LLP [Filed 6/11/18] (Docket No. 2958)

**Lazard Frères & Co. LLC and Lazard Frères K.K., as Investment Banker and Financial Advisor to the Debtors:**

6.    Final Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period from June 26, 2017 through April 10, 2018 [Filed 5/29/18] (Docket No. 2910)

Response Deadline: June 18, 2018, at 4:00 p.m.

Related Documents:

    A.    Eighth Monthly Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2018 to and including February 28, 2018 [Filed 4/24/18] (Docket No. 2748)

    B.    Certificate of No Objection (No Order Required) Regarding Eighth Monthly Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2018 to and including February 28, 2018 [Filed 5/16/18] (Docket No. 2839)

    C.    Ninth Monthly Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2018 to and including March 31, 2018 [Filed 5/9/18] (Docket No. 2818)

    D.  Certificate of No Objection Regarding Ninth Monthly Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period March 1, 2018 to and including March 31, 2018 [Filed 5/30/18] (Docket No. 2914)

    E.  Tenth Monthly Fee Application of Lazard Frères & Co. LLC and Lazard Frères K.K. as Investment Banker and Financial Advisor to the Debtors for Allowance of Compensation and Reimbursement of Expenses for the Period April 1, 2018 to and including April 10, 2018 [Filed 5/22/18] (Docket No. 2877)

    F.  Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of Lazard Freres & Co. LLP [Filed 6/18/18] (Docket No. 2987)

**Ernst & Young LLP, as**
**Tax Advisors to the Debtors:**

7.    Final Application of Ernst & Young LLP for Compensation and Reimbursement of Expenses for the Period from June 25, 2017 through April 10, 2018 [Filed 5/18/18] (Docket No. 2859)

    <u>Response Deadline:</u> June 7, 2018, at 4:00 p.m.

    <u>Related Documents:</u>

        A.  Fee Examiner's Final Report Regarding Final Fee Application Request of Ernst & Young LLP [Filed 6/4/18] (Docket No. 2932)

**Meunier Carlin & Curfman LLC, as**
**Special Intellectual Property Counsel to the Debtors:**

8.    Final Fee Application of Meunier Carlin & Curfman LLC for Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2018 through April 10, 2018 [Filed 5/25/18] (Docket No. 2904)

    <u>Response Deadline:</u>  June 14, 2018, at 4:00 p.m.

    <u>Related Documents:</u>

        A.  Fifth Monthly Fee Statement of Meunier Carlin & Curfman LLC for Payment of Compensation and Reimbursement of Expenses for the Period February 1, 2018 through February 28, 2018 [Filed 4/23/18] (Docket No. 2747)

        B.  Certificate of No Objection Regarding Fifth Monthly Fee Statement of Meunier Carlin & Curfman LLC for Payment of Compensation and Reimbursement of

Expenses for the Period February 1, 2018 through February 28, 2018 [Filed 5/17/18] (Docket No. 2851)

C.   Final Monthly Fee Statement of Meunier Carlin & Curfman LLC for Payment of Compensation and Reimbursement of Expenses for the Period March 1, 2018 through April 10, 2018 [Filed 5/25/18] (Docket No. 2903)

**D.   Fee Examiner's Final Report Regarding Fifth Monthly and Final Fee Application Requests of Meunier Carlin & Curfman LLC [Filed 6/19/18] (Docket No. 2991)**

**Roger Frankel, as**
**Future Claimants' Representative:**

9.   Final Fee Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of July 20, 2017 through April 10, 2018 [Filed 5/22/18] (Docket No. 2865)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

A.   Seventh Monthly Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2546)

B.   Certificate of No Objection Regarding Seventh Monthly Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/24/18] (Docket No. 2753)

C.   Eighth Monthly Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2018 through April 10, 2018 [Filed 5/1/18] (Docket No. 2790)

D.   Certificate of No Objection Regarding Eighth Monthly Application of Roger Frankel, the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2018 through April 10, 2018 [Filed 5/22/18] (Docket No. 2870)

E.   Fee Examiner's Final Report Regarding Seventh and Eighth Monthly and Final Fee Application Requests of Roger Frankel [Filed 6/6/18] (Docket No. 2938)

**Frankel Wyron LLC, as**
**Counsel to the Future Claimants' Representative:**

10.    Final Fee Application of Frankel Wyron LLP, as Counsel to the Future Claimants'
       Representative, for Allowance of Compensation for Services Rendered and
       Reimbursement of Expenses Incurred for the Period of July 24, 2017 through April 10,
       2018 [Filed 5/22/18] (Docket No. 2866)

       Response Deadline: June 11, 2018, at 4:00 p.m.

       Related Documents:

         A.   Seventh Monthly Application of Frankel Wyron LLP, as Counsel to the Future
              Claimants' Representative, for Allowance of Compensation for Services
              Rendered and Reimbursement of Expenses Incurred for the Period of February 1,
              2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2547)

         B.   Certificate of No Objection Regarding Seventh Monthly Application of Frankel
              Wyron LLP, as Counsel to the Future Claimants' Representative, for Allowance
              of Compensation for Services Rendered and Reimbursement of Expenses
              Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed
              4/24/18] (Docket No. 2754)

         C.   Eighth Monthly Application of Frankel Wyron LLP, as Counsel to the Future
              Claimants' Representative, for Allowance of Compensation for Services
              Rendered and Reimbursement of Expenses Incurred for the Period of March 1,
              2018 through April 10, 2018 [Filed 5/1/18] (Docket No. 2791)

         D.   Certificate of No Objection Regarding Eighth Monthly Application of Frankel
              Wyron LLP, as Counsel to the Future Claimants' Representative, for Allowance
              of Compensation for Services Rendered and Reimbursement of Expenses
              Incurred for the Period of March 1, 2018 through April 10, 2018 [Filed 5/22/18]
              (Docket No. 2871)

         E.   Fee Examiner's Final Report Regarding Seventh and Eight Monthly and Final Fee
              Application Requests of Frankel Wyron LLP [Filed 6/5/18] (Docket No. 2936)


**Ashby & Geddes, P.A., as**
**Co- Counsel to the Future Claimants' Representative:**

11.    Final Fee Application of Ashby & Geddes, P.A., as Co-Counsel to the Future Claimants'
       Representative, for Allowance of Compensation for Services Rendered and

Reimbursement of Expenses Incurred for the Period of July 24, 2017 through April 10, 2018 [Filed 5/22/18] (Docket No. 2867)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

    A.  Seventh Monthly Application of Ashby & Geddes, P.A., as Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2548)

    B.  Certificate of No Objection Regarding Seventh Monthly Application of Ashby & Geddes, P.A., as Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/24/18] (Docket No. 2755)

    C.  Eighth Monthly Application of Ashby & Geddes, P.A., as Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2018 through April 10, 2018 [Filed 5/1/18] (Docket No. 2792)

    D.  Certificate of No Objection Regarding Eighth Monthly Application of Ashby & Geddes, P.A., as Co-Counsel to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of March 1, 2018 through April 10, 2018 [Filed 5/22/18] (Docket No. 2872)

    E.  Fee Examiner's Final Report Regarding Seventh and Eighth Monthly and Final Fee Application Requests of Ashby & Geddes, P.A. [Filed 6/6/18] (Docket No. 2939)

**Greenberg Traurig, LLP, as**
**Special Counsel to the Future Claimants' Representative:**

12.    Final Fee Application of Greenberg Traurig, LLP for Compensation and Reimbursement of Expenses as Special Counsel to the Future Claimants' Representative [Filed 5/22/18] (Docket No. 2869)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

    A.  Fifth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Future Claimants' Representative for the Period from February 1, 2018 through and including February 28, 2018 [Filed 4/3/18] (Docket No. 2550)

    B.  Certificate of No Objection Regarding Fifth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Future Claimants' Representative for the Period from February 1, 2018 through and including February 28, 2018 [Filed 4/24/18] (Docket No. 2757)

    C.  Sixth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Future Claimants' Representative for the Period from March 1, 2018 through and including April 10, 2018 [Filed 5/1/18] (Docket No. 2793)

    D.  Certificate of No Objection Regarding Sixth Monthly Application of Greenberg Traurig, LLP as Special Counsel to the Future Claimants' Representative for the Period from March 1, 2018 through and including April 10, 2018 [Filed 5/23/18] (Docket No. 2883)

    E.  Fee Examiner's Final Report Regarding Fifth and Sixth Monthly and Final Fee Application Requests of Greenberg Traurig, LLP [Filed 6/7/18] (Docket No. 2941)

**Gnarus Advisors LLP, as**
**Claims Evaluation Consultants to the Future Claimants' Representative:**

13.    Final Fee Application of Gnarus Advisors LLC as Claims Evaluation Consultants to the Future Claimants' Representative for the Period of September 1, 2017 through April 10, 2018 [Filed 5/22/18] (Docket No. 2868)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

    A.  Sixth Monthly Application of Gnarus Advisors LLC as Claims Evaluation Consultants to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/3/18] (Docket No. 2549)

    B.  Certificate of No Objection Regarding Sixth Monthly Application of Gnarus Advisors LLC as Claims Evaluation Consultants to the Future Claimants' Representative, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period of February 1, 2018 through February 28, 2018 [Filed 4/24/18] (Docket No. 2756)

C.  Fee Examiner's Final Report Regarding Sixth Monthly and Final Fee
Application Requests of Gnarus Advisors LLC [Filed 6/1/18] (Docket No.
2929)

**Milbank, Tweed, Hadley & McCloy LLP, as
Counsel to the Official Committee of Unsecured Creditors:**

14.  Tenth Monthly and Final Fee Application of Milbank, Tweed, Hadley & McCloy LLP
for Allowance of Compensation for Services Rendered and for Reimbursement of
Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the
Monthly Period from April 1, 2018 through April 10, 2018 and for the Final Period from
July 6, 2017 through and including April 10, 2018 [Filed 5/25/18] (Docket No. 2901)

Response Deadline:  June 14, 2018, at 4:00 p.m.

Related Documents:

A.  Eighth Monthly Fee Statement of Milbank, Tweed, Hadley & McCloy LLP
for Interim Approval and Allowance of Compensation for Services Rendered
and for Reimbursement of Expenses Incurred as Counsel to the Official
Committee of Unsecured Creditors from February 1, 2018 through and
including February 28, 2018 [Filed 3/30/18] (Docket No. 2536)

B.  Certificate of No Objection Regarding Eighth Monthly Fee Statement of
Milbank, Tweed, Hadley & McCloy LLP for Interim Approval and Allowance
of Compensation for Services Rendered and for Reimbursement of Expenses
Incurred as Counsel to the Official Committee of Unsecured Creditors from
February 1, 2018 through and including February 28, 2018 [Filed 4/23/18]
(Docket No. 2745)

C.  Ninth Monthly Fee Statement of Milbank, Tweed, Hadley & McCloy LLP for
Interim Approval and Allowance of Compensation for Services Rendered and
for Reimbursement of Expenses Incurred as Counsel to the Official
Committee of Unsecured Creditors from March 1, 2018 through and including
March 31, 2018 [Filed 4/30/18] (Docket No. 2786)

D.  Certificate of No Objection Regarding Ninth Monthly Fee Statement of
Milbank, Tweed, Hadley & McCloy LLP for Interim Approval and Allowance
of Compensation for Services Rendered and for Reimbursement of Expenses
Incurred as Counsel to the Official Committee of Unsecured Creditors from
March 1, 2018 through and including March 31, 2018 [Filed 5/22/18] (Docket
No. 2874)

       **E.**  **Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of Milbank, Tweed, Hadley & McCloy LLP [Filed 6/22/18] (Docket No. 3014)**

**Whiteford, Taylor & Preston LLP, as**
**Delaware Counsel to the Official Committee of Unsecured Creditors:**

15.    Tenth Monthly and Final Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al*., for the Monthly Period of April 1, 2018 through April 10, 2018 and the Final period of July 6, 2017 through and including April 10, 2018 [Filed 5/25/18] (Docket No. 2902)

Response Deadline:  June 14, 2018, at 4:00 p.m.

Related Documents:

      A.  Eighth Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al*., for the Period from February 1, 2018 through February 28, 2018 [Filed 3/30/18] (Docket No. 2537)

      B.  Certificate of No Objection Regarding Eighth Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al*., for the Period from February 1, 2018 through February 28, 2018 [Filed 4/20/18] (Docket No. 2735)

      C.  Ninth Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al*., for the Period from March 1, 2018 through March 31, 2018 [Filed 4/30/18] (Docket No. 2788)

      D.  Certificate of No Objection Regarding Ninth Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al*., for the Period from March 1, 2018 through March 31, 2018 [Filed 5/22/18] (Docket No. 2876)

E. Certificate of No Objection Regarding Tenth Monthly Application of Whiteford, Taylor & Preston LLC for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Delaware Counsel to the Official Committee of Unsecured Creditors of TK Holdings Inc., *et al.*, for the Period from April 1, 2018 through April 30, 2018 [Filed 6/15/18] (Docket No. 2985)

F. Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of Whiteford, Taylor & Preston LLC [Filed 6/18/18] (Docket No. 2988)

**Zolfo Cooper, LLC, as**
**Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors:**

16. Zolfo Cooper, LLC's Joint (I) Third Interim Application for the Period of February 1, 2018 through April 10, 2018 and (II) Final Application for the Period of July 10, 2017 through April 10, 2018 for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors of TK Holdings, Inc., *et al.* [Filed 5/24/18] (Docket No. 2896)

Response Deadline: June 13, 2018, at 4:00 p.m.

Related Documents:

A. Eighth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period February 1, 2018 through and including February 28, 2018 [Filed 4/2/18] (Docket No. 2544)

B. Certificate of No Objection Regarding Eighth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period February 1, 2018 through and including February 28, 2018 [Filed 4/25/18] (Docket No. 2761)

C. Ninth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 1, 2018 through and including March 31, 2018 [Filed 4/30/18] (Docket No. 2787)

D. Certificate of No Objection Regarding Ninth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period March 1, 2018 through and including March 31, 2018 [Filed 5/22/18] (Docket No. 2875)

E. Tenth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period April 1, 2018 through and including April 10, 2018 [Filed 5/21/18] (Docket No. 2863)

F. Fee Examiner's Final Report Regarding Third Interim and Final Fee Application Request of Zolfo Cooper, LLC [Filed 6/11/18] (Docket No. 2959)

G. Certificate of No Objection Regarding Tenth Monthly Application of Zolfo Cooper, LLC, Bankruptcy Consultant and Financial Advisor to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses for the Period April 1, 2018 through and including April 10, 2018 [Filed 6/15/18] (Docket No. 2986)

**Moelis & Company LLC, as**
**Investment Banker to the Official Committee of Unsecured Creditors:**

17. Tenth Monthly and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from July 7, 2017 through April 10, 2018 [Filed 5/24/18] (Docket No. 2888)

Response Deadline: June 13, 2018, at 4:00 p.m.

Related Documents:

A. Eighth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from February 1, 2018 through February 28, 2018 [Filed 4/11/18] (Docket No. 2643)

B. Certificate of No Objection Regarding Eighth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from February 1, 2018 through February 28, 2018 [Filed 5/2/18] (Docket No. 2804)

C. Ninth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from March 1, 2018 through March 31, 2018 [Filed 5/7/18] (Docket No. 2814)

D. Certificate of No Objection Regarding Ninth Monthly Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from March 1, 2018 through March 31, 2018 [Filed 5/30/18] (Docket No. 2920)

E. Certificate of No Objection Regarding Tenth Monthly and Final Application of Moelis & Company LLC for Compensation for Professional Services Rendered and Reimbursement of Actual and Necessary Expenses as Investment Banker to the Official Committee of Unsecured Creditors from July 7, 2017 through April 10, 2018 [Filed 6/14/18] (Docket No. 2977)

F. Fee Examiner's Final Report Regarding Eighth through Tenth Monthly and Final Fee Application Requests of Moelis & Company LLC [Filed 6/15/18] (Docket No. 2980)

**Chuo Sogo Law Office P.C., as**
**Special Counsel (re Japanese Proceedings) to the Official Committee of Unsecured Creditors:**

18. Eighth Monthly and Final Application of Chuo Sogo Law Office P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Official Committee of Unsecured Creditors of TK Holdings, Inc., *et al*., for the Monthly Period of February 1, 2018 through April 10, 2018 and the Final Period of July 28, 2017 through and including April 10, 2018 [Filed 5/24/18] (Docket No. 2889)

Response Deadline:  June 13, 2018, at 4:00 p.m.

Related Documents:

A. Fee Examiner's Final Report Regarding Eight Monthly and Final Fee Application Request of Chuo Sogo Law Office, P.C. [Filed 6/1/18] (Docket No. 2926)

B. Certificate of No Objection Regarding Eighth Monthly and Final Application of Chuo Sogo Law Office P.C. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Special Counsel to the Official Committee of Unsecured Creditors of TK Holdings, Inc., *et al*., for the Monthly Period of February 1, 2018 through April 10, 2018 and the Final Period of July 28, 2017 through and including April 10, 2018 [Filed 6/14/18] (Docket No. 2978)

**Davies Ward Phillips & Vineberg LLP, as**
**Canadian Counsel to the Official Committee of Unsecured Creditors:**

19.    Final Application of Davies Ward Phillips & Vineberg LLP for Allowance of
Compensation for Services Rendered and for Reimbursement of Expenses as Canadian
Counsel to the Official Committee of Unsecured Creditors of TK Holdings, Inc., *et al*.,
for the Final Period of August 8, 2017 through and including April 10, 2018 [Filed
5/24/18] (Docket No. 2895)

Response Deadline:  June 13, 2018, at 4:00 p.m.

Related Documents:

    A.   Seventh Monthly Fee Statement of Davies Ward Phillips & Vineberg LLP for
Interim Approval and Allowance of Compensation for Services Rendered and
for Reimbursement of Expenses Incurred as Canadian Counsel to the Official
Committee of Unsecured Creditors from February 1, 2018 through and
including February 28, 2018 [Filed 4/26/18] (Docket No. 2772)

    B.   Certificate of No Objection Regarding Seventh Monthly Fee Statement of
Davies Ward Phillips & Vineberg LLP for Interim Approval and Allowance
of Compensation for Services Rendered and for Reimbursement of Expenses
Incurred as Canadian Counsel to the Official Committee of Unsecured
Creditors from February 1, 2018 through and including February 28, 2018
[Filed 5/17/18] (Docket No. 2855)

    C.   Eighth Monthly Fee Statement of Davies Ward Phillips & Vineberg LLP for
Interim Approval and Allowance of Compensation for Services Rendered and
for Reimbursement of Expenses Incurred as Canadian Counsel to the Official
Committee of Unsecured Creditors from March 1, 2018 through and including
March 31, 2018 [Filed 4/30/18] (Docket No. 2785)

    D.   Certificate of No Objection Regarding Eighth Monthly Fee Statement of
Davies Ward Phillips & Vineberg LLP for Interim Approval and Allowance
of Compensation for Services Rendered and for Reimbursement of Expenses
Incurred as Canadian Counsel to the Official Committee of Unsecured
Creditors from March 1, 2018 through and including March 31, 2018 [Filed
5/22/18] (Docket No. 2873)

    E.   Fee Examiner's Final Report Regarding Seventh through Eight Monthly and
Final Fee Application Requests of Davies Ward Phillips & Vineberg LLP
[Filed 6/15/18] (Docket No. 2979)

**Pachulski Stang Ziehl & Jones LLP, as**
**Counsel to the Official Committee of Unsecured Tort Claimant Creditors:**

20.    Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from July 7, 2017 through April 10, 2018 [Filed 5/24/18] (Docket No. 2894)

Response Deadline:  June 13, 2018, at 4:00 p.m.

Related Documents:

A.    Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through November 30, 2017 [Filed 2/21/18] (Docket No. 2122)

B.    Certificate of No Objection (No Order Required) Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through November 30, 2017 [Filed 3/14/18] (Docket No. 2411)

C.    Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from December 1, 2017 through December 31, 2017 [Filed 3/6/18] (Docket No. 2364)

D.    Certificate of No Objection (No Order Required) Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from December 1, 2017 through December 31, 2017 [Filed 3/28/18] (Docket No. 2516)

E.    Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period January 1, 2018 through January 31, 2018 [Filed 4/6/18] (Docket No. 2578)

F.    Certificate of No Objection (No Order Required) Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski

Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period January 1, 2018 through January 31, 2018 [Filed 4/27/18] (Docket No. 2777)

G.  Second Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period November 1, 2017 through January 31, 2018 [Filed 4/10/18] (Docket No. 2627)

H.  Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period February 1, 2018 through February 28, 2018 [Filed 5/21/18] (Docket No. 2864)

I.  Ninth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from March 1, 2018 through April 10, 2018 [Filed 5/24/18] (Docket No. 2892)

**J.  Certificate of No Objection (No Order Required) Regarding Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period February 1, 2018 through February 28, 2018 [Filed 6/19/18] (Docket No. 2989)**

**K.  Amended Certificate of No Objection (No Order Required) Regarding Ninth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from March 1, 2018 through April 10, 2018 [Filed 6/19/18] (Docket No. 2994)**

**L.  Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Pachulski Stang Ziehl & Jones LLP [Filed 6/21/18] (Docket No. 3002)**

**M.  Fee Examiner's Final Report Regarding Eighth and Ninth Monthly and Final Fee Application Requests of Pachulski Stang Ziehl & Jones LLP [Filed 6/21/18] (Docket No. 3003)**

**Gilbert LLP, as**
**<u>Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors:</u>**

21.    Third Interim and Final Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period from July 7, 2017 through April 10, 2018 [Filed 5/25/18] (Docket No. 2897)

Response Deadline:  June 14, 2018, at 4:00 p.m.

Related Documents:

A.    Fifth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period November 1, 2017 through November 30, 2018 [Filed 1/10/18] (Docket No. 1678)

B.    Certificate of No Objection (No Order Required) Regarding Fifth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period November 1, 2017 through November 30, 2018 [Filed 2/1/18] (Docket No. 1882)

C.    Sixth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period December 1, 2017 through December 31, 2018 [Filed 2/7/18] (Docket No. 1973)

D.    Certificate of No Objection (No Order Required) Regarding Sixth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period December 1, 2017 through December 31, 2018 [Filed 3/6/18] (Docket No. 2360)

E.    Seventh Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period January 1, 2018 through January 31, 2018 [Filed 3/8/18] (Docket No. 2373)

F.    Certificate of No Objection (No Order Required) Regarding Seventh Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period January 1, 2018 through January 31, 2018 [Filed 4/2/18] (Docket No. 2543)

G.    Eighth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period February 1, 2018 through February 28, 2018 [Filed 4/6/18] (Docket No. 2580)

H. Certificate of No Objection (No Order Required) Regarding Eighth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period February 1, 2018 through February 28, 2018 [Filed 4/27/18] (Docket No. 2778)

I. Second Interim Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through February 28, 2018 [Filed 4/26/18] (Docket No. 2769)

J. Fee Examiner's Final Report Regarding Second Interim Fee Application Request of Gilbert LLP [Filed 5/2/18] (Docket No. 2803)

K. Certificate of No Objection Regarding Second Interim Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through February 28, 2018 [Filed 5/17/18] (Docket No. 2852)

L. Ninth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period March 1, 2018 through March 31, 2018 [Filed 5/1/18] (Docket No. 2796)

M. Certificate of No Objection (No Order Required) Regarding Ninth Monthly Application for Compensation and Reimbursement of Expenses of Gilbert LLP, as Insurance Counsel to the Official Committee of Unsecured Tort Claimant Creditors, for the Period March 1, 2018 through March 31, 2018 [Filed 5/23/18] (Docket No. 2882)

**N. Fee Examiner's Final Report Regarding Third Interim and Final Fee Application Requests of Gilbert LLP [Filed 6/20/18] (Docket No. 2995)**

**Sakura Kyodo Law Offices, as**
**Special Counsel for the Japanese Proceedings for the Official Committee of Unsecured Tort Claimant Creditors:**

22. Combined Fourth Monthly and Final Fee Application for Compensation and Reimbursement of Expenses of Sakura Kyodo Law Offices, as Special Counsel for the Japanese Proceedings for the Official Committee of Unsecured Tort Claimant Creditors for the Fourth Monthly Period from December 1, 2017 through April 10, 2018 and Final Fee Period from July 21, 2017 through April 10, 2018 [Filed 5/17/18] (Docket No. 2850)

Response Deadline:  June 6, 2018, at 4:00 p.m.

Related Documents:

      A.  Third Monthly Application for Compensation and Reimbursement of Expenses of Sakura Kyodo Law Offices as Special Counsel for the Japanese Proceedings for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through November 30, 2017 [Filed 4/12/18] (Docket No. 2661)

      B.  Certificate of No Objection (No Order Required) Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Sakura Kyodo Law Offices as Special Counsel for the Japanese Proceedings for the Official Committee of Unsecured Tort Claimant Creditors, for the Period from November 1, 2017 through November 30, 2017 [Filed 5/3/18] (Docket No. 2809)

      C.  Fee Examiner's Final Report Regarding Fourth and Final Fee Applications Requests of Sakura Kyodo Law Offices [Filed 5/18/18] (Docket No. 2857)

      D.  Certification of No Objection Regarding Combined Fourth Monthly and Final Fee Application for Compensation and Reimbursement of Expenses of Sakura Kyodo Law Offices, as Special Counsel for the Japanese Proceedings for the Official Committee of Unsecured Tort Claimant Creditors for the Fourth Monthly Period from December 1, 2017 through April 10, 2018 and Final Fee Period from July 21, 2017 through April 10, 2018 [Filed 6/14/18] (Docket No. 2973)

**Alvarez & Marsal North America, LLC, as**
**Financial Advisors to the Official Committee of Unsecured Tort Claimant Creditors:**

23.    Combined Ninth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Official Committee of Unsecured Tort Claimant Creditors for Allowance and Payment of Fees and Expenses for the Monthly Compensation Period of March 1, 2018 through April 10, 2018 and Final Fee Application Period from July 9, 2017 through April 10, 2018 [Filed 5/21/18] (Docket No. 2862)

Response Deadline:  June 11, 2018, at 4:00 p.m.

Related Documents:

      A.  Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Tort Claimant Creditors for the Period from February 1, 2018 through February 28, 2018 [Filed 4/9/18] (Docket No. 2596)

B. Certificate of No Objection (No Order Required) Regarding Eighth Monthly Fee Statement of Alvarez & Marsal North America, LLC, for Payment of Compensation and Reimbursement of Expenses as Financial Advisors to the Official Committee of Unsecured Tort Claimant Creditors for the Period from February 1, 2018 through February 28, 2018 [Filed 5/1/18] (Docket No. 2797)

C. Fee Examiner's Final Report Regarding Eighth and Ninth and Final Fee Application Requests of Alvarez & Marsal North America, LLC [Filed 6/7/18] (Docket No. 2942)

D. Certificate of No Objection Regarding Combined Ninth Monthly and Final Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Official Committee of Unsecured Tort Claimant Creditors for Allowance and Payment of Fees and Expenses for the Monthly Compensation Period of March 1, 2018 through April 10, 2018 and Final Fee Application Period from July 9, 2017 through April 10, 2018 [Filed 6/14/18] (Docket No. 2974)

**Direct Fee Review LLC, as**
**Fee Examiner:**

24. Fourth Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses as Fee Examiner for the Period from February 1, 2018 through April 10, 2018 and Final Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Period from September 7, 2017 through April 10, 2018 [Filed 5/17/18] (Docket No. 2847)

Response Deadline: June 6, 2018, at 4:00 p.m.

**Von Wobeser Y Sierra, S.C., as**
**Ordinary Course Professional:**

25. Final Application of Von Wobeser Y Sierra, S.C. for Payment of Compensation and Reimbursement of Expenses for the Period June 25, 2017 through April 10, 2018 [Filed 5/25/18] (Docket No. 2906)

Response Deadline: June 14, 2018, at 4:00 p.m.

**Related Documents:**

A. **Application of Von Wobeser Y Sierra, S.C. for Payment of Compensation and Reimbursement of Expenses for the Period June 26, 2017 through December 31, 2017 [Filed 4/9/18] (Docket No. 2602)**

    **B. Fee Examiner's Final Report Regarding First Interim Fee Application Request of Von Wobeser Y Sierra, S.C. [Filed 6/21/18] (Docket No. 3000)**

    **C. Fee Examiner's Final Report Regarding Final Fee Application Request of Von Wobeser Y Sierra, S.C. [Filed 6/21/18] (Docket No. 3001)**

    **D. Fee Examiner's Corrected Final Report Regarding Final Fee Application Request of Von Wobeser Y Sierra, S.C. [Filed 6/22/18] (Docket No. 3012)**

    **E. Certification of Counsel Final Application of Von Wobeser Y Sierra, S.C. for Payment of Compensation and Reimbursement of Expenses for the Period June 25, 2017 through April 10, 2018 [Filed 6/25/18] (Docket No. 3016)**

**Complete Discovery Source, Inc., as**
**Ordinary Course Professional:**

26.    Final Fee Application of Complete Discovery Source, Inc. for Payment of Compensation for the Period June 26, 2017 through April 10, 2018 [Filed 5/30/18] (Docket No. 2921)

    <u>Response Deadline:</u>  June 19, 2018, at 4:00 p.m.

    <u>Related Documents:</u>

    A. Second Fee Application of Complete Discovery Source, Inc. for Payment of Compensation for the Period January 1, 2018 through April 10, 2018 [Filed 5/29/18] (Docket No. 2911)

    B. Fee Examiner's Final Report Regarding Second and Final Fee Application Requests of Complete Discovery Source, Inc. [Filed 6/12/18] (Docket No. 2964)

    **C. Certification of Counsel Regarding Final Application of Complete Discovery Source, Inc. for Payment of Compensation for the Period June 26, 2017 through April 10, 2018 [Filed 6/21/18] (Docket No. 3005)**