# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al,.*<br><br>Debtors.[2] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiff,<br><br>– v –<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition, LLC,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS) |

## AMENDMENT TO SCHEDULING ORDER

It is hereby **ORDERED** that the Scheduling Order entered on June 25, 2018 [Docket No. 44] in this matter is hereby amended as follows:

1.  Paragraph 2 of the Scheduling Order is stricken and amended as follows: "The discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, shall take place no later than thirty (30) days after the conclusion of the mediation that will likely be scheduled for October 2018 if the mediation does not resolve the entire case."

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PHIL1 7141573v.1

2. Paragraph 3 of the Scheduling Order is stricken and amended as follows: "The parties shall provide the initial disclosures under Fed. R. Civ. P. 26 (a)(1) no later than fourteen (14) days after the discovery planning conference described in Fed. R. Civ. P. 26(f), made applicable by Fed. R. Bankr. P. 7026, takes place. Any extension of the deadline to provide initial disclosures must be by Order of the Court and will only be granted for good cause shown."

3. All other provisions of the Scheduling Order shall remain in effect.

Dated: July 31, 2018
Wilmington, Delaware

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

PHIL1 7141573v.1