# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al,.*<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiff,<br><br>– v –<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition, LLC,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS) |

## STATUS REPORT

Plaintiff Automotive Coalition for Traffic Safety, Inc. ("Plaintiff"), through its undersigned counsel, hereby respectfully submits the following status report regarding the above captioned adversary proceeding (the "Adversary Proceeding").

On November 8, 2018, the parties engaged in a one-day mediation conference with the Honorable James F. Holderman (Retired) of the United States District Court for the Northern District of Illinois. In preparation for the mediation conference, the parties exchanged discovery

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PHIL1 7360612v.1

requests and responses and submitted position papers to the mediator. The mediation was not successful in resolving the Adversary Proceeding. The parties will proceed with this action in accordance with the deadlines set forth in the Scheduling Order entered on June 25, 2018 [D.I. 44].

Dated: January 23, 2019

**MAYER BROWN LLP**
Linda Rhodes
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
E-mail: lrhodes@mayerbrown.com

Melissa A. Anyetei
James R. Ferguson
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
E-mail: manyetei@mayerbrown.com
E-mail: jferguson@mayerbrown.com

**KLEHR HARRISON HARVEY BRANZBURG LLP**

 /s/ Sally E. Veghte
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
E-mail: rbeck@klehr.com

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
E-mail: mbranzburg@klehr.com

*Attorneys for Automotive Coalition for Traffic Safety, Inc.*