# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TK HOLDINGS INC., *et al.*, | : | Case No. 17-11375 (BLS) |
| | : | |
| Debtors.[1] | : | Jointly Administered |
| | : | |
| Automotive Coalition for Traffic Safety, Inc., | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adv. Pro. No. 18-50274 (BLS) |
| v. | : | |
| | : | |
| Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition, LLC, | : | **RE: Doc. Nos. 1, 12, 13, 20, 21 and 28** |
| | : | |
| Defendants. | : | |

### JOYSON SAFETY SYSTEMS ACQUISTION LLC'S NOTICE OF DEPOSITION OF AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC. UNDER FED. R. CIV. P. 30(b)(6)

Pursuant to Fed. R. Civ. P. 30(b)(6) Defendant Joyson Safety Systems Acquisition LLC ("Joyson"), will take the deposition of Plaintiff Automotive Coalition for Traffic Safety, Inc. ("ACTS" or "Plaintiff") on March 12, 2019, at the offices of Benesch, Friedlander, Coplan &

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Aronoff LLP, 222 Delaware Avenue, Suite 801, Wilmington, DE 19801-1611, or as otherwise agreed. The deposition will begin at 9:00 a.m.

ACTS shall designate one or more persons who consent to testify on behalf of ACTS as to the matters set forth in Schedule A.

The deposition shall continue from day to day until completed and will be recorded stenographically. The deposition may also be videotaped. You are invited to attend and participate as provided by the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: February 26, 2019

*/s/ Stephen M. Ferguson*
**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

Of Counsel:

Stephen M. Ferguson (# 5167)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
sferguson@beneschlaw.com

**BROOKS KUSHMAN P.C.**
Frank A. Angileri
Linda D. Mettes
Robert C.J. Tuttle
Amy C. Leshan
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351
fangileri@brookskushman.com
lmettes@brookskushman.com
rtuttle@brookskushman.com
aleshan@brookskushman.com

*Attorneys for Defendant Joyson Safety Systems Acquisition LLC*