## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>                    Debtors.[1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered<br><br>Adv. Pro. No. 18-50274 (BLS) |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>                    Plaintiff,<br><br>- v -<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, Defendant, and Joyson Safety Systems Acquisition LLC,<br><br>                    Defendants. | |

### ORDER APPROVING STIPULATION BY AND BETWEEN AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC., JOSEPH J. FARNAN, JR., SOLELY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, AND JOYSON SAFETY SYSTEMS ACQUISITION LLC

Upon consideration of the *Stipulation By and Between Automotive Coalition For Traffic Safety, Inc., Joseph J. Farnan, Jr., Solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition LLC* (the "Stipulation"), entered into between Automotive Coalition for Traffic Safety, Inc., Joyson Safety Systems Acquisition LLC and Joseph J. Farnan, Jr., solely as Trustee of the Reorganized TK Holdings Trust (the "Trust"), as successor in interest

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

to Defendant TK Holdings Inc., and it appearing that sufficient cause exists to approve the

Stipulation;

IT IS HEREBY ORDERED that:

1.      The Stipulation attached hereto as **Exhibit 1** is APPROVED.

2.      This Court shall retain jurisdiction to hear and determine all matters arising from

the implementation of this Order.

Dated: April 1, 2019

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Court Judge