## **Exhibit 1 to Order**

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiff,<br><br>- v -<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, Defendant, and Joyson Safety Systems Acquisition LLC,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS) |

## STIPULATION BY AND AMONG AUTOMOTIVE COALITION FOR TRAFFIC SAFETY, INC., JOSEPH J. FARNAN, JR. SOLELY AS TRUSTEE OF THE REORGANIZED TK HOLDINGS TRUST, AND JOYSON SAFETY SYSTEMS ACQUISITION LLC

This Stipulation ("Stipulation") is made and entered into by and among Plaintiff Automotive Coalition for Traffic Safety, Inc. ("ACTS"), Defendant Joseph J. Farnan, Jr., solely as Trustee (the "Trustee") of the Reorganized TK Holdings Trust (the "Trust"), the successor in interest to TK Holdings Inc. ("TKH" or the Trust (as applicable)), and

---

[1] The debtors in these chapter 11 cases (collectively, the "Debtors"), along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Defendant Joyson Safety Systems Acquisition LLC ("Joyson" and together with ACTS and the Trust, the "Parties"), by and through their respective undersigned counsel.

WHEREAS, on June 25, 2017, each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code; and

WHEREAS, on January 5, 2018, the Debtors filed their *Third Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and its Affiliated Debtors* at Docket No. 1629 (the "Plan"); and

WHEREAS, on February 1, 2018, ACTS filed a complaint (the "Complaint") thereby commencing an adversary proceeding against TKH (Adv. Pro. 18-50274, the "Adversary Proceeding") in which ACTS sought a declaratory judgment that it is the rightful owner of certain intellectual property and related relief; and

WHEREAS, on February 6, 2018, ACTS filed a limited objection to the Plan at Docket No. 1948 (the "ACTS Limited Plan Objection") pursuant to which ACTS objected to the Plan to the extent it provided for the sale of the intellectual property that was the subject of the Adversary Proceeding (such intellectual property is referred to in this Stipulation as the "Disputed IP"); and

WHEREAS, on February 6, 2018, ACTS also filed an objection to the Debtors' assumption of certain agreements and proposed cure amounts at Docket No. 1951 ("ACTS Contract Objection"); and

WHEREAS, pursuant to paragraph 97 of the *Findings of Fact, Conclusions of Law, and Order Confirming the Fifth Amended Joint Chapter 11 Plan of Reorganization of TK Holdings Inc. and Its Affiliated Debtors* (Docket No. 2120), (a) ACTS Limited Plan Objection and ACTS Contract Objection (together, the "ACTS Objections") were continued

2

until the March 26, 2018 omnibus hearing, and (b) until the hearing, the Disputed IP and the ACTS Agreements (as referenced in paragraph 1 of the ACTS Contract Objection) were not to "be deemed to be Purchased Assets [as defined in the Plan] transferred to" the Plan sponsor; and

WHEREAS, on May 15, 2018, the Court "so ordered" a Stipulation among the Parties pursuant to which, among other things, Joyson intervened as a defendant in the Adversary Proceeding; and

WHEREAS, the Parties agree and acknowledge that in substance, the claims asserted in the Adversary Proceeding will determine whether ACTS or Joyson (as the prospective purchaser under the Plan) is the rightful owner of the Disputed IP; and

WHEREAS, the Trust contends that it does not have a monetary interest in the outcome of the claims asserted by ACTS in the Adversary Proceeding; and

WHEREAS, as previously disclosed to ACTS and Joyson, the Trust represents that, to the best of its current knowledge, it does not possess or have within its control any documents relevant to the Adversary Proceeding nor does it control any person or entity with actual knowledge bearing on the ownership of the Disputed IP.

NOW, THEREFORE, the Parties, by and through their respective undersigned counsel of record, hereby stipulate and agree as follows:

1.  The Trust shall have the right but not the obligation (except on Court order) to participate in the prosecution of the litigation (*e.g.*, attendance at depositions, court conferences or at a trial on the merits, or responding to motions).

2.  ACTS and Joyson will serve papers on the Trust at the same time and in the same manner as they serve each other.

3. The Trust shall comply with any and all Court orders (including any Court order resolving the Adversary Proceeding) and any joint requests made by Joyson and ACTS that are pursuant to a settlement agreement and pertain to the Disputed IP.

4. The hearing on the ACTS Objections shall be continued until a final judgment is entered by the Court with respect to the ownership of the Disputed IP or Joyson and ACTS resolve their disputes concerning the Disputed IP, whichever first occurs.

*[signature pages follow]*

Dated: April 1, 2019

/s/ Peter J. Keane
**PACHULSKI STANG ZIEHL & JONES LLP**
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
John A. Morris (NY Bar No. 2405397)
Peter J. Keane (Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
dbertenthal@pszjlaw.com
jmorris@pszjlaw.com
pkeane@pszjlaw.com

*Counsel for Defendant Joseph Farnan, Jr. in his capacity as Trustee of the Reorganized TK Holdings Trust*

5

/s/ Frank A. Angileri
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Stephen M. Ferguson (# 5167)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
sferguson@beneschlaw.com

and

**BROOKS KUSHMAN P.C.**
Frank A. Angileri
Linda D. Mettes
Robert C.J. Tuttle
Amy C. Leshan
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248)358-3351
Email:  fangileri@brookskushman.com
            lmettes@brookskushman.com
            rtuttle@brookskushman.com
            aleshan@brookskushman.com

*Attorneys for Defendant Joyson Safety Systems Acquisition LLC*


/s/ James R. Ferguson
**KLEHER HARRISON HARVEY BRANZBURG LLP**
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
E-mail: rbeck@klehr.com

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
Email: mbranzburg@klehr.com

and

**MAYER BROWN LLP**
Linda Rhodes
1999 K Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
Email: lrhodes@mayerbrown.com

Melissa A. Anyetei
James R. Ferguson
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
Email: manyetei@mayerbrown.com
   Jferguson@mayerbrown.com

*Attorneys for Automotive Coalition for Traffic Safety, Inc.*

7