## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.,*<br><br>    *Debtors.* [1] | Chapter 11<br><br>Case No. 17-11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition For Traffic Safety, Inc.,<br><br>    *Plaintiff*,<br><br>v.<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition LLC,<br><br>    *Defendants*. | Adv. Proc. No. 18-50274 (BLS)<br><br><br><br>**Re: Adv. D.I. 93 & 112** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on May 23, 2019, *Defendant Joyson Safety Systems Acquisition LLC's Motion for Summary Judgment* [D.I. 93] (the "JOYSON Motion"), was filed with the Court.

**PLEASE TAKE FURTHER NOTICE** that, on July 15, 2019, *Plaintiff Automotive Coalition for Traffic Safety, Inc.'s Motion for Summary Judgment* [D.I. 112] (the "ACTS Motion"), was also filed with the Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

12710199

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the JOYSON and ACTS Motions will be held on **November 5, 2019, at 1:30 p.m. (ET),** before The Honorable Brendan Linehan Shannon, United States Bankruptcy Judge for the District of Delaware at the Bankruptcy Court, 824 Market Street, Sixth Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that, except for those matters relating to the JOYSON and ACTS Motions, other matters may not be scheduled to be heard at the hearing absent permission from the Court.

Dated: October 3, 2019

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ *Matthew D. Beebe*
Matthew D. Beebe (No. 5980)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbeebe@beneschlaw.com

BROOKS KUSHMAN P.C.
Frank A. Angileri
Linda D. Mettes
Robert C.J. Tuttle
Amy C. Leshan
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Tel: (248) 358-4400
Fax: (248) 358-3351

*Attorneys for Defendant Joyson Safety Systems Acquisition LLC*