IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiff,<br><br>– v –<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition, LLC,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS) |

**CERTIFICATION OF COUNSEL REGARDING
[PROPOSED] ORDER OF FINAL JUDGMENT**

The undersigned counsel hereby certifies the following:

1. On June 18, 2020, this Court issued an Opinion ("Opinion") [Docket No. 138] granting plaintiff Automotive Coalition for Traffic Safety, Inc.'s ("ACTS") Motion for Summary Judgment [Docket No. 112], denying Joyson Safety Systems Acquisition, LLC's ("Joyson") Motion for Summary Judgment [Docket No. 92] and directing the parties to confer and submit a written form of order.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

PHIL1 9002421v.1

2.  The form of order, attached hereto as **Exhibit A**, was circulated to counsel for all parties. Counsel for ACTS and Joyson have agreed upon the form of order. Counsel for Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, did not respond to the inquiry concerning the proposed order.

3.  It is respectfully requested that the proposed order, attached hereto as **Exhibit A** be entered at the Court's convenience in the above-captioned adversary proceeding.

Dated: July 2, 2020

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Richard M. Beck*
Richard M. Beck (DE Bar No. 3370)
Sally E. Veghte (DE Bar No. 4762)
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
E-mail: rbeck@klehr.com
         sveghte@klehr.com

**MAYER BROWN LLP**
James R. Ferguson
Melissa A. Anyetei
71 S. Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 782-0600
E-mail: jferguson@mayerbrown.com
E-mail: manyetei@mayerbrown.com

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
E-mail: mbranzburg@klehr.com

*Attorneys for Plaintiff Automotive Coalition for Traffic Safety, Inc.*

PHIL1 9002421v.1