# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.*,<br><br>Debtors. [1] | Chapter 11<br><br>Case No. 17–11375 (BLS)<br><br>Jointly Administered |
| Automotive Coalition for Traffic Safety, Inc.,<br><br>Plaintiff,<br><br>– v –<br><br>Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust, and Joyson Safety Systems Acquisition, LLC,<br><br>Defendants. | Adv. Pro. No. 18-50274 (BLS) |

**[PROPOSED] ORDER OF FINAL JUDGMENT**

In this adversary proceeding, Plaintiff Automotive Coalition for Traffic Safety, Inc. ("ACTS") filed a complaint [Docket No. 1] seeking (*inter alia*) a declaratory judgment against Defendants Joseph J. Farnan, Jr., not individually but solely as Trustee of the Reorganized TK Holdings Trust ("Takata") and Joyson Safety Systems Acquisition, LLC ("Joyson").

On June 18, 2020, this Court issued an Opinion ("Opinion") [Docket No. 138] granting ACTS' Motion for Summary Judgment [Docket No. 112] and denying Joyson's Motion for Summary Judgment [Docket No. 92]. In its Opinion, the Court found that ACTS, and not

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Takata Americas (9766); TK Finance, LLC (2753); TK China, LLC (1312); TK Holdings Inc. (3416); Takata Protection Systems Inc. (3881); Interiors in Flight Inc. (4046); TK Mexico Inc. (8331); TK Mexico LLC (9029); TK Holdings de Mexico S. de R.L. de C.V. (N/A); Industrias Irvin de Mexico, S.A. de C.V. (N/A); Takata de Mexico, S.A. de C.V. (N/A); and Strosshe-Mex, S. de R.L. de C.V. (N/A). Except as otherwise set forth herein, the Debtors' international affiliates and subsidiaries are not debtors in these chapter 11 cases. The location of the Debtors' corporate headquarters is 2500 Takata Drive, Auburn Hills, Michigan 48326.

Takata or Joyson, is the owner of the following patents and patent applications (collectively "Patent Assets"):

     a.     U.S. Provisional Patent Application No. 61/451, 082, filed March 9, 2011;

     b.     U.S. Provisional Patent Application No. 13/415,767, filed March 8, 2011;

     c.     U.S. Patent No. 8,479,864, issued July 9, 2013;

     d.     International (PCT) Patent Application No. PCT/US2012/028295, filed March 8, 2012;

     e.     European Patent Application No. 12754647.1, filed March 8, 2012;

     f.     Japanese Patent No. JP6121916 (B2), filed March 8, 2012 and issued April 7, 2017;

     g.     Chinese Patent No. CN103476623, filed March 8, 2012 and issued November 9, 2016; and

     h.     Any and all other U.S. or foreign patents or patent applications that claim benefit of the foregoing patents and patent applications.

Accordingly, pursuant to the Findings of Fact and Conclusions of Law set forth in its Opinion, the Court finds and declares that:

     1.     The Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157, 1334, 2201 and 2202.

     2.     ACTS is the sole and exclusive owner of the Patent Assets.

     3.     Takata and Joyson have no ownership interest in the Patent Assets.

PHIL1 8987567v.1

3

**THEREFORE,** it is **ORDERED** that:

4.  Final Judgment is hereby entered in favor of ACTS and against Takata and Joyson.

5.  The Court shall retain jurisdiction over any and all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: _____, 2020

_____
The Honorable Brendan L. Shannon
United States Bankruptcy Judge

3

PHIL1 8987567v.1