### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TK HOLDINGS INC., *et al.,*<br><br>　　　　　　*Debtors*. | Chapter 11<br><br>Case No. 17-11375 (BLS)<br>Adv. Proc. No. 18-50274 (BLS)<br><br>Jointly Administered |
| Joyson Safety Systems Acquisition LLC,<br><br>　　　　　　Appellant,<br><br>　　v.<br><br>Automotive Coalition for Traffic Safety, Inc.,<br><br>　　　　　　Appellee. | C.A. No. 1:20-cv-00896-RGA |

## STIPULATION OF DISMISSAL OF APPEAL

　　　　WHEREAS, on July 1, 2020, Joyson Safety Systems Acquisition LLC ("Appellant") filed a notice of appeal ("Appeal") in the above-captioned action; and

　　　　WHEREAS, the issues on Appeal were resolved by agreement of the parties; and

　　　　NOW THEREFORE it is hereby stipulated and agreed that the above-captioned appeal shall be dismissed with prejudice. The parties have agreed that each side shall bear its own costs and fees on appeal.

13990259 v1

Dated: November 20, 2020
Wilmington, Delaware

| | |
|---|---|
| **KLEHR HARRISON HARVEY BRANZBURG LLP** | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** |

/s/ *Richard M. Beck*
Richard M. Beck (DE No. 3370)
Sally E. Veghte (DE No. 4762)
919 N. Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193
rbeck@klehr.com
sveghte@klehr.com

- and -

Morton R. Branzburg
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone: (215) 569-2700
mbranzburg@klehr.com

- and -

**MAYER BROWN LLP**
James R. Ferguson
Melissa A. Anyetei
71 S. Wacker Drive
Chicago, Illinois 60606
jferguson@mayerbrown.com
manyetei@mayerbrown.com

*Counsel to Appellee Automotive Coalition for Traffic Safety, Inc.*

/s/ *Matthew D. Beebe*
Michael J. Barrie (DE No. 4684)
Matthew D. Beebe (DE No. 5980)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
mbarrie@beneschlaw.com
mbeebe@beneschlaw.com

- and -

**BROOKS KUSHMAN P.C.**
Frank A. Angileri
    (admitted *pro hac vice*)
Linda D. Mettes
    (admitted *pro hac vice*)
1000 Town Center, 22nd Floor
Southfield, Michigan 48075
Telephone: (248) 358-4400
Facsimile: (248) 358-3351

*Counsel to Appellant Joyson Safety Systems Acquisition LLC*

SO ORDERED this ___ day of _____, 2020.

_____
The Honorable Richard G. Andrews
United States District Court